

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00206-CV

**SCHMIDT LAND SERVICES, INC.**,
Appellant

v.

**UNIFIRST CORPORATION** and UniFirst Holdings Inc. Successor in Merger to UniFirst
Holdings LP D/B/A UniFirst,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 12-09-0834-CVA
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.
We tax costs of this appeal against Appellant Schmidt Land Services, Inc.

SIGNED April 23, 2014.

_____
Patricia O. Alvarez, Justice